JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK MILLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, and Does 1-100, inclusive,<br><br>Defendants. | Case No. EDCV12-0858 DSF (AJWx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO REMAND<br><br>Complaint Filed: April 27, 2012<br>Trial Date:      None |

The Court having considered the parties' stipulation filed on July 2, 2012, and for good cause appearing, the Court orders as follows:

1. This matter is hereby remanded from the United States District Court, Northern District of California to the Riverside County Superior Court;

2. All pending hearings are hereby taken off-calendar; and

3. The parties shall bear their own attorneys' fees and costs incurred during the pendency of the case while pending before this Court.

IT IS SO ORDERED.

Dated: ____7/3____, 2012.    By: *Dale S. Fischer*
                                 Honorable Dale S. Fischer
                                 U.S. District Court Judge

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342